**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LUCINDA THOMAS** | * | **CIVIL ACTION NO.:** |
| | * | |
| | * | **SECTION:** |
| **VERSUS** | * | |
| | * | **MAGISTRATE:** |
| **IQS INSURANCE RISK RETENTION GROUP, INC., SOUTHERN REFRIGERATED TRANSPORT, INC. AND DARNELL ARTIN,** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE FOR REMOVAL**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Southern Refrigerated Transport, Inc. and IQS Insurance Risk Retention Group, Inc., who file this Notice for Removal pursuant to 28 U.S.C. §1332 and 1441 to hereby remove this matter from state court to the docket of this Honorable Court and respectfully represent the following:

**BACKGROUND**

**1.**

This action has been brought in the Civil District Court for the Parish of Orleans , State of Louisiana, entitled *"Lucinda Thomas v. IQS Insurance Risk Retention Group, Inc., Southern Refrigerated Transport, Inc., and Darnell Artin,"* bearing Civil Action Number 2018-5540, Division "E", Section 16, on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, with the petition being filed on June 5, 2018. (See Petition for Damages attached as Exhibit "A").

**2.**

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendants in said action are attached hereto as Exhibit A.

**3.**

Additionally, as required, a list of all attorneys, including their addresses, telephone numbers and parties represented is attached hereto as Exhibit B.

**4.**

This action is a civil action brought by Plaintiff, Lucinda Thomas, seeking to recover damages as alleged in Plaintiff's Petition for Damages. (Petition for Damages attached hereto as Exhibit "A").

**5.**

Receipt of notice of the suit was received by defendant, Southern Refrigerated Transport, Inc. via electronic mail on or about June 11, 2018; therefore, removal is timely under 28 U.S.C. §1446(B)(1)-(3).

**BASIS OF REMOVAL**

**6.**

The grounds for removal are diversity of citizenship under 28 U.S.C. §1332 and 28 U.S.C. §1441—each defendant is completely diverse from the plaintiff and the amount in controversy exceeds $75,000.00, as alleged in plaintiff's state court petition.

**7.**

Plaintiff is a citizen of the State of Louisiana.

**8.**

Defendant, IQS Insurance Risk Retention Group, Inc., is a corporation incorporated in the State of Vermont, with its principal place of business in Vermont.

**9.**

Defendant, Southern Refrigerated Transport, Inc. ("Southern Refrigerated"), is a corporation incorporated in the State of Arkansas, with its principal place of business in Arkansas.

**10.**

On information and belief, no other co-defendants have been served, and upon further information and belief all other co-defendants would consent to removal.

**11.**

Defendant, Darnell Martin (incorrectly named Darnell Artin) is a person of full age of majority, resident of, domiciled in, and a citizen of the State of Arkansas.

**12.**

Because complete diversity exists between the plaintiffs - citizens of Louisiana - and each defendant – none of whom are citizens of Louisiana - diversity of citizenship exists among the parties.

**13.**

Defendants deny liability for any damages sought by plaintiff; however, upon information and belief, the amount in controversy exceeds the requisite jurisdictional amount of $75,000.00.

**14.**

Plaintiff, Lucinda Thomas, alleges that as a result of this collision, she has been caused to suffer (a) bodily injuries, (b) pain and suffering, (c) mental anguish; (d) loss of enjoyment of life, (e) medical expenses, and (f) permanent disability to the body. Exhibit "A" at ¶ 8.

## REMOVAL PROCEDURE

**15.**

This Notice of Removal is filed within 30 days of the receipt by or service upon the defendant of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

**16.**

The state court action was commenced on June 5, 2018, and this removal has been filed within 1 year after its commencement.

**17.**

Venue is proper within the Eastern District of Louisiana because the matter is being removed from the Civil District Court for the Parish of Orleans—a court which the Eastern District of Louisiana embraces, and more specifically:

Hon. Clare Jupiter
Civil District Court for the
Parish of Orleans, State of Louisiana
Division E
421 Loyola Avenue
New Orleans, LA 70112

**18.**

Under 28 U.S.C. §1446(d), the movers affirm that they will give written notice of this removal to all adverse parties and will file a copy of the Notice with the Civil District Court for the Parish of Orleans, State of Louisiana.

**19.**

Pursuant to 28 U.S.C. §1447(b) and LR 3.2, mover identifies all counsel as follows:

a. *Counsel for Plaintiff—Lucinda Thomas*
D. Patrick Keating, Esq.
Simone R. Nugent, Esq.

NUGENT KEATING
3300 Canal Street, Suite 100
New Orleans, Louisiana 70119
Tel. 504-513-3333
Fax: 877-565-2570
Email: patrick@keatinglawgroup.legal
simone@keatinglawgroup.legal

b. *Counsel for Defendants— Southern Refrigerated Transport, Inc. and IQS Insurance Risk Retention Group, Inc.,*

James A. Prather, Esq.
C. Bowman Fetzer, Jr., Esq.
Galloway, Johnson, Tompkins, Burr & Smith
#3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Tel.: (985)-674-6680
Fax: (985)-674-6681
Email: jprather@gallowayjohnson.com
bfetzer@gallowayjohnson.com

**20.**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal. He likewise certifies that to the best of his knowledge, information, and belief formed after reasonable inquiry, the Notice is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

**WHEREFORE,** Defendants, Southern Refrigerated Transport, Inc. and IQS Insurance Risk Retention Group, Inc., pray that this Notice of Removal be accepted as good and sufficient, and that this civil action be removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to the docket of this Honorable Court for trial and determination as provided by law, and that this Court enter such Orders and issue such process as may be proper, including copies of records and proceedings of the action from the Civil District Court for the Parish of

Orleans, State of Louisiana, and then proceed with the civil action as if it had been originally commenced in this Court.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

*/s/ C. Bowman Fetzer*
**JAMES A. PRATHER (#20595) (T.A.)**
**C. BOWMAN FETZER (#34541)**
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone: 985-674-6680
Facsimile: 985-674-6681
***Counsel for Southern Refrigerated Transport, Inc. and IQS Insurance Risk Retention Group, Inc.,***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2018, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

/s/ C. Bowman Fetzer
**C. BOWMAN FETZER**