UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LUCINDA THOMAS

VERSUS

IQS INSURANCE RISK RETENTION
GROUP, INC., et al

CIVIL ACTION

NO. 18-6113

SECTION: "I" (4)

### O R D E R

It appears to the Court that the subject matter of the above-captioned case is related to that of Civil Action No. 18-2472, *Judy Williams, et al v. IQS Insurance Risk Retention Group, Inc., et al*, before Section A (3) of this Court. Accordingly,

**IT IS ORDERED** that the above-captioned matter be transferred to Section A (3) of this Court.

New Orleans, Louisiana, this 22nd day of June, 2018.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

6/22/18
TRANSFERRED TO
**SECT. A   MAG 3**