| | | |
|---|---|---|
| **LUCINDA THOMAS** | * | **CIVIL ACTION NO.: 18-06113** |
| **VERSUS** | * | **SECTION: "A"** |
| | * | |
| **IQS INSURANCE RISK RETENTION GROUP, INC., SOUTHERN REFRIGERATED TRANSPORT, INC AND DARNELL ARTIN** | *<br><br>* | **MAGISTRATE:** |

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Lucinda Thomas, who respectfully files this First Supplemental and Amending Petition for Damages, as follows:

I.

The Plaintiff has learned, since the filing of the original Petition herein, that the police report (see exhibit "A") incorrectly named Darnell Artin as the driver of the 2017 Freightliner automobile owned by Southern Refrigerated Transport, Inc. and therefore the Plaintiffs' filed their Petition adding Darnell Artin as a defendant. The Sheriff's attempts to serve Darnell Artin were unsuccessful. However, through research, the Plaintiff's attorney found that the proper

party name is Eric Darnell Martin. Accordingly, paragraph 3, of the original Petition filed herein is amended to read as follows:

3.

Eric Darnell Martin, defendant, is, upon information and belief, an adult resident and domiciliary of Texarkana, Texas.

II.

Paragraph 4 of the original Petition filed herein is amended to read as follows:

4.

On or about June 6, 2017, at approximately 12:30, Lucinda Thomas was operating her 2003 Chevy Avalanche auto mobile in an easterly direction along Chef Menteur Highway in the Parish of Orleans, Louisiana, whereupon her vehicle was struck violently, suddenly and with warning by a 2017 Freightliner automobile owned by Southern Refrigerated Transport, Inc. and operated by Eric Darnell Martin with the express permission and consent of Southern Refrigerated Transport, Inc.

III.

Paragraph 5 of the original Petition filed herein is amended to read as follows:

5.

At all times material hereto, IQS Insurance Risk Retention Group, Inc. defendant, maintained in full force and effect a policy of insurance insuring Southern Refrigerated Transport, Inc. and Eric Darnell Martin, for the liability and damages asserted herein

IV.

Paragraph 6 of the original Petition filed herein is amended to read as follows:

6.

The collision was caused soley and proximately by the negligence and want of care of Eric Darnell Martin, in the following non-exclusive particulars:

a. Failing to see what a reasonable driver would have seen;

b. operating a motor vehicle in a careless, inattentive and reckless manner;

c. failing to keep a proper lookout;

d. failing to avoid a collision;

e. improper lane usage;

f. failure to yield;

g. failing to properly obey traffic controls; and all other elements of negligence, acts and omissions to be proved at trial.

V.

Paragraph 7 of the original Petition filed herein is amended to read as follows:

7.

At all material times hereto, defendant, Eric Darnell Martin, was in the course and scope of his employment with Southern Refrigerated Transport, Inc.; and defendant, Southern Refrigerated Transport, Inc., is vicariously liable for the negligent acts of its employee, Eric Darnell Martin, under the theory of *Respondeat Superior.*

VI.

Paragraph 8 of the original Petition filed herein is amended to read as follows:

8.

As a result of negligence and want of care of Eric Darnell Martin, Lucinda Thomas suffered bodily injuries, pain and suffering, mental anguish, loss of enjoyment of life, medical expenses and permanent disability, all of which warrant an award in her favor for compensatory damages in an amount sufficient to permit trial by jury.

**WHEREFORE,** Plaintiff prays:

For leave of Court to file this First Amended Petition; and

That Lucinda Thomas, Plaintiff, prays that IQS Insurance Risk Retention Group, Inc., Southern Refrigerated Transport, Inc., and Eric Darnell Martin, defendants, be served with this Petition, and that after due proceedings there be judgment casting defendants jointly and solidarily liable unto Plaintiffs for compensatory damages, legal interest, all costs and for all general and equitable relief which this Honorable Court is competent to grant.

Respectfully submitted,

**NUGENT KEATING**

/s/ D. Patrick Keating

_____
D. PATRICK KEATING (#27825) T.A.
SIMONE R. NUGENT (#34409)
3300 Canal Street, Suite 100
New Orleans, LA  70119
Telephone:     (504) 513-3333
Facsimile No.:  (877) 565-2570
Counsel for Lucinda Thomas

*CERTIFICATE OF SERVICE ON THE NEXT PAGE*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record via the CM/ECF system on this 27th day of July, 2018.

/S/ D. Patrick Keating
D. PATRICK KEATING